FILED'07 FEB 07 14:17USDC-ORP

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | CR 06-115-(BR) |
| v. | ORDER FOR REDUCTION OF SENTENCE |
| CLIFFORD JASON BROWN, | (RULE 35(b)) |
| Defendant. | |

Pursuant to Fed.R.Cr.P 35(b), the government has requested a reduction of the sentence previously imposed in this case. Based on the information provided by the government, the court finds that defendant has provided substantial assistance to the government in the prosecution of others. Consequently, the court will, as requested, grant the reduction of sentence.

IT IS HEREBY ORDERED that defendant's sentence be reduced from 24 months imprisonment to 18 months imprisonment.

DATED this 7th day of February 2007.

_____
HONORABLE ANNA J. BROWN
United States District Judge

Presented by:

KARIN J. IMMERGUT
United States Attorney

_/s Kemp L. Strickland_____
KEMP L. STRICKLAND
Special Assistant United States Attorney